NUMBER13-05-451-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


__________________________________________________________________


EZRA TYRONE RICHARDSON, Appellant,


v.



TEXAS DEPARTMENT OF CRIMINAL JUSTICE -

CORRECTIONAL INSTITUTIONS DIVISION, Appellee.

__________________________________________________________________


On appeal from the 343rd District Court


of Bee County, Texas.


__________________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Garza and Benavides


Memorandum Opinion Per Curiam



 Appellant, EZRA TYRONE RICHARDSON, perfected an appeal from a judgment
entered by the 343rd District Court of Bee County, Texas, in cause number B-03-1451-CV-C. The clerk's record was filed on September 12, 2005. The reporter's
record was filed on September 6, 2005. Appellant's brief was due on October 12,
2005, but has yet to be filed and no motion for extension of time has been filed. By
letter dated December 11, 2006, this Court notified appellant at his address in the
Wm. G. McConnell Plantation, Texas Department of Criminal Justice, Beeville, Texas,
of the missed deadline. The Clerk directed appellant to reasonably explain the failure
to file a brief, with a showing that the appellee was not significantly injured by the
delay, within ten days from the date of receipt of this Court's notice. The Court's
letter was returned, and the Court was informed that appellant was no longer at that
address and had left no forwarding address. 

 Accordingly, because appellant's brief has not been filed, and appellant has not
provided us with any other address or means of contacting him, we dismiss this appeal
for want of prosecution and failure to comply with an order of this Court. See Tex. R.
App. P. 38.8(a)(1), 42.3(b), (c).

 PER CURIAM


Memorandum Opinion delivered and filed

this the 25th day of January, 2007.